# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ERMINANDO M. NAZAIRE et al.,<br><br>        Plaintiffs,<br><br>   vs.<br><br>WORLD SAVINGS BANK et al.,<br><br>        Defendants. | 3:11-cv-00564-RCJ-VPC<br><br>**ORDER** |

This is a standard foreclosure case involving one property. The Court has granted summary judgment to Defendants and expunged the lis pendens. Wells Fargo has moved for the Court to release to it $3900 held in the Court's registry as temporary mortgage payments during the pendency of the action. Plaintiffs have not responded.

## CONCLUSION

IT IS HEREBY ORDERED that the Motion for Disbursement of Funds (ECF No. 29) is GRANTED and the Clerk shall disburse the funds.

IT IS FURTHER ORDERED that the Clerk shall close the case.

IT IS SO ORDERED.

Dated this 26th day of April, 2013.

_____
ROBERT C. JONES
United States District Judge